UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **JARVIS BROWN,** Petitioner | **CIVIL DOCKET NO. 1:20-CV-0885-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **C. MCCONNELL,** Respondent | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation (ECF No. 8) of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Petitioner (ECF No. 9), having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition is hereby DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers on this 13th day of October, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE